IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | | |
|---|---|---|
| Civil Action: | 13-cv-01871-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: | April 7, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                      *Counsel:*

HANOVER   INSURANCE   COMPANY,          Vladislav Kushnir

     Plaintiff,

v.

H & F VENTURES, LLC, *et al.*,

     Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:      10:04 a.m.**
Court calls case.  Appearance of counsel for Plaintiff.

The court addresses counsel for Plaintiff regarding his **Motion for Default Judgment** [Doc. No. 12].  Discussion held regarding no facts being alleged as to personal jurisdiction and the filing of an Amended Complaint.

Counsel makes an oral **Motion to Withdraw** Doc. No. 12.

**ORDERED:**          Counsel's oral *Motion to Withdraw* Doc. No. 12 is **GRANTED**.

                   Plaintiff's *Motion for Default Judgment* [Doc. No. 12, filed 10/11/2013] is **WITHDRAWN**.

**ORDERED:**          Counsel for Plaintiff shall have **two weeks from today's date** to file an Amended Complaint or take appropriate action.

HEARING CONCLUDED.
**Court in recess:      10:09 a.m.**
Total time in court:    00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.